IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **T.R., a minor, by and through parents,** ) | | |
| **D.R. and S.R., in their own right** ) | | |
| ) | | |
| ) | | |
| ) | | |
| **Plaintiffs,** ) | | **Case No. 2:21-cv-297** |
| ) | | |
| v. ) | | |
| ) | | **Jury Trial Demanded** |
| **Pittsburgh School District,** ) | | |
| ) | | |
| ) | | |
| ) | | |
| **Defendant.** ) | | |

### Petition for Approval of Settlement

AND NOW, Kristen C. Weidus, Esq., Counsel for Plaintiffs, respectfully petitions this Honorable Court for leave to settle the instant action. In support of this Petition, counsel states the following:

1)   The underlying claims in the prior administrative action that led to the fee petition filed with this Honorable Court involved a minor, T.R. who was born February 28, 2014. The minor resides with D.R. and S.R., his parents and natural guardians, in the Pittsburgh School District. At all times relevant to the instant action, D.R. and S.R. were residents of the Defendant District.

2)   The Defendant is the Pittsburgh School District, whose principal place of business at all relevant times was 341 S. Bellefield Avenue, Pittsburgh, Pennsylvania 15213.

3)   The instant case, though, includes only a claim for attorneys' fees arising out of the underlying administrative action. All relief awarded to minor, T.R., in the

underlying administrative act remains undisturbed by the instant action and settlement.

4) As such, no active claims existed relating to T.R., the minor, prior to the filing of the instant action.

5) Per the terms of the agreement reached in this case, Defendant will reimburse Plaintiffs $5,000 in attorneys' fees, and will also cover 100% of the mediator costs.

6) Counsel is of the professional opinion that the proposed settlement is reasonable because it resolves all claims related to D.R. and S.R., and does not disrupt the remedy awarded to minor Plaintiff, T.R., in the underlying administrative action.

WHEREFORE, Kristen C. Weidus, Esq. respectfully requests that this Court grant this Petition for Approval of Settlement.

Respectfully Submitted,

RUDER LAW, LLC

Date: November 16, 2021

/s/ Kristen C. Weidus
Kristen C. Weidus, Esq.
PA ID # 313486
Counsel for Plaintiffs
One Oxford Center
301 Grant Street, Suite 270
Pittsburgh, PA 15219
(412) 281-4959