IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| T.R., a minor, by and through parents, D.R. and S.R., in their own right | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:21-cv-297 |
| v. | ) ) | |
| Pittsburgh School District, | ) ) ) ) ) | Jury Trial Demanded |
| Defendant. | ) | |

**Order**

AND NOW, to wit, this 17th day of November, 2021, it is hereby ORDERED, ADJUDGED and DECREED that the Petition for Approval of Settlement filed by Kristen C. Weidus, Esquire, is GRANTED, and the Court approves the Settlement in full.

_____
J.